UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRACY SASICH

                                              CIVIL ACTION

VERSUS

                                              NO. 15-461-JWD-RLB

CAROLYN COLVIN,
COMMISSIONER OF
THE SOCIAL SECURITY
ADMINISTRATION

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 14, 2016, to which an objection was filed:

**IT IS ORDERED** that the Commissioner's decision is AFFIRMED, and the Plaintiff's appeal is DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana, on <u>January 17, 2017</u>.


_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**